**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| RANDALL T. GREENOUGH | § | |
| VS. | § | CIVIL ACTION NO. 9:21-CV-75 |
| SHARILLA GRAY, ET AL. | § | |

## ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Randall T. Greenough, a prisoner confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Sharilla Gray, Debra D. Flack, Sergeant Reescano, an unidentified nurse, Dr. Montgomery, Major Vincent, Captain Gibson, Warden Perez, and an unidentified officer from the Office of the Inspector General.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge. The Magistrate Judge recommends granting plaintiff's motion to dismiss without prejudice defendants Flack, Reescano, Montgomery, Vincent, Gibson, and Perez, and the unidentified defendants.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. No

objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

ORDER

The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge (docket entry #10) is **ACCEPTED**. Debra D. Flack, Sergeant Reescano, Dr. Montgomery, Major Vincent, Captain Gibson, Warden Perez, and the unidentified defendants are **DISMISSED** from this action without prejudice.

**So Ordered and Signed**
Jul 6, 2021

Ron Clark
Senior Judge