IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| RANDALL T. GREENOUGH | § | |
| VS. | § | CIVIL ACTION NO. 9:21-CV-75 |
| SHARILLA GRAY | § | |

### MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Randall T. Greenough, a prisoner confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Sharilla Gray.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying Plaintiff's motion for default judgment.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. Plaintiff filed objections to the Report and Recommendation.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration of all the pleadings and the relevant case law, the Court concludes that Plaintiff's objections lack merit.

### ORDER

Accordingly, Plaintiff's objections (document no. 28) are **OVERRULED**. The findings of fact and the conclusions of law of the magistrate judge are correct, and the report and

recommendation of the magistrate judge (document no. 26) is **ADOPTED**. Plaintiff's motion for default judgment (document no. 18) is **DENIED**.

**SIGNED** this the 1 day of **March, 2022.**

_____
Thad Heartfield
United States District Judge