IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| RANDALL T. GREENOUGH | § | |
| VS. | § | CIVIL ACTION NO.   9:21-CV-75 |
| SHARILLA GRAY | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Randall T. Greenough, a prisoner confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Sharilla Gray.

The Court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends granting the defendants' motion to dismiss.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (document no. 32) is **ADOPTED**.  Defendant's motion to

dismiss (document no. 16) is **GRANTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

    **SIGNED** this the 23 day of **March, 2022.**

 

_____
Thad Heartfield
United States District Judge